UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANTOLIN ANDREW MARKS, | ) | CASE NO. C06-0717RSL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| NEIL CLARK, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, petitioner's and respondents' objections thereto, petitioner's response to respondents' objections, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2241 petition is DENIED, and this action is DISMISSED with prejudice;

(3) Respondents' request for a permanent injunction is DENIED for the reasons set forth in the Report and Recommendation and in the order of dismissal in the related case C06-1796RSM (W.D. Wash. July 2007), although nothing in this order prevents respondents from seeking an injunction in the future if appropriate;

ORDER OF DISMISSAL
PAGE -1

01        and

02   (3)   The Clerk is directed to send copies of this Order to the parties and to Judge

03        Theiler.

04   DATED this 23rd day of July, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
PAGE -2